NDFL Prob 35 (1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 5:99CR00005-002

RACHEL M. PITTS

On March 1, 2002, the above named was placed on Supervised Release for a period of four (4) years. She has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that RACHEL M. PITTS be discharged from Supervised Release.

Respectfully submitted,

Charles P. Cunningham
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 7th day of Oct, 2005.

Honorable Lacey A. Collier
Senior United States District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 OCT -7 PM 4:28

FILED